Samuel R. Townsend *vs.* George H. Babbitt.

The original process for the commitment of a convict to jail, and not a mere copy thereof, should be left with the jailer.

Petition of the justice of the police court of Taunton, under *St.* 1856, *c.* 173, § 7, for the removal of the sheriff of Bristol, for leaving with the jailer of the county original processes issued by that court for the commitment of persons convicted before it, and refusing to return them to the court.

*S. R. Townsend, pro se*, cited *Randall* v. *Bridge*, 2 Mass. 549, *Commonwealth* v. *Waite*, 2 Pick. 445.

*C. I. Reed*, for the respondent.

By the Court. The court are of opinion that, according to the ancient practice in Massachusetts, the original mittimus should be left with the jailer, as evidence of his authority to hold the prisoner.* *Petition dismissed.*

---

* But see *St.* 1859, *c.* 233 ; Gen. Sts. *c* 174, § 22.